**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  17-23617-CIV-ALTONAGA/Goodman**

**ROSA MARIA CERRATO ALVAREZ**,

>       Plaintiff,

v.

**TORCHAV, INC.**, *et al.*,

>       Defendants.

_____/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local

Rule 16.1, by **November 6, 2017**.  In addition, by **November 6, 2017**, the parties, including

governmental parties, must file certificates of interested parties and corporate disclosure

statements that contain a complete list of persons, associated persons, firms, partnerships, or

corporations that have a financial interest in the outcome of this case, including subsidiaries,

conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a

party.  Throughout the pendency of the action, the parties are under a continuing obligation to

amend, correct, and update the certificates.

>       **DONE AND ORDERED** in Miami, Florida this 11th day of October, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:       counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge Goodman as interested parties unless they have an interest in the litigation.