UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 17-23617-cv-CMA

ROSA MARIA CERRATO ALVAREZ,
and others similarly situated,

       Plaintiff,

TORCHAV, INC. d/b/a LUCERNA BAKERY and
JUAN CARLOS CHAVEZ,

       Defendants .

_____/

### **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, TORCHAV, INC., ("BAKERY") and JUAN CARLOS CHAVEZ, through undersigned counsel, respond to Plaintiff's Statement of Claim as follows:

Before, during and after the period that Plaintiff worked for it, BAKERY did not meet the $500,000 in annual volume of sales to be an "enterprise engaged in commerce" under the FLSA.   Plaintiff previously was provided proof of this fact through BAKERY's disclosure to Plaintiff's counsel of the face pages of its 2014, 2015 and 2016 federal corporate tax returns as well as its Florida Department of Revenue monthly sales tax reports ("DR-15s") for the months January-September, 2017. Plaintiff also does not meet the test for individual coverage under the FLSA on the authority of Thorne v. All Restoration Services, 448 F.3d 1264 (11th Cir. 2006).  Furthermore, Plaintiff did not work the hours that she claims. For these reasons, BAKERY and CHAVEZ deny that they owe any wages to Plaintiff.

Respectfully Submitted,

LANGBEIN & LANGBEIN, P.A.
Counsel for the Defendants
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 10/23/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

By: /s/ Leslie W. Langbein
    Leslie W. Langbein, Esq.
    Fla. Bar No. 305391

<u>SERVICE LIST</u>

J. H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com