UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23617-CIV-CMA

ROSA MARIA CERRATO ALVAREZ and )
all others similarly situated under 29 U.S.C. )
216(b), )
 )
      Plaintiff, )
vs. )
 )
TORCHAV, INC., d/b/a LUCERNA )
BAKERY, )
JUAN CARLOS CHAVEZ, )
 )
      Defendants. )
_____ )

**NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

    COME NOW the Plaintiff, by and through the undersigned counsel, and Notices the Court that based upon an agreement by all counsel and confirmation of mediator, Laura Bonn, Esq., availability for same, the Parties also file a Proposed Order Scheduling Mediation.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR DEFENDANTS
    300-71ST STREET
    SUITE 605
    MIAMI BEACH, FL 33141
    305-865-6766
    305-865-7167

    _ s/ Neil Tobak __
    Neil Tobak, Esquire
    Florida Bar No.: 093940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/28/17 TO:**

**LESLIE W. LANGBEIN, ESQ.**
**LANGBEIN & LANGBEIN**
**8181 NW 154 STREET, SUITE 105**
**MIAMI LAKES, FL 33016**
**PH: 305-556-3663**
**FAX: 556-3647**
**EMAIL: LANGBEINPA@BELLSOUTH.NET**

BY:__/s/____Neil Tobak_____
      **NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23617-CIV-CMA

ROSA MARIA CERRATO ALVAREZ and )
all others similarly situated under 29 U.S.C. )
216(b), )
                                               )
                                               )
            Plaintiff,                         )
    vs.                                        )
                                               )
                                               )
TORCHAV, INC., d/b/a LUCERNA                   )
BAKERY,                                        )
JUAN CARLOS CHAVEZ,                            )
                                               )
            Defendants.                        )
_____ )

## ORDER SCHEDULING MEDIATION

THE INITIAL MEDIATION CONFERENCE in this matter shall be held with mediator Laura Bonn, Esq., on _____, 2018, commencing at 10:00 a.m. at Esquire Solutions, 44 West Flagler Street, Suite 1400, Miami, FL 33130, Tel:  305 371-2713.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ____ day of _____, 2017.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record