UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No. 17-23617-cv-CMA/GOODMAN

ROSA MARIA CERRATO ALVAREZ,
and others similarly situated,

    Plaintiff,

TORCHAV, INC. d/b/a LUCERNA BAKERY and
JUAN CARLOS CHAVEZ,

    Defendants .
_____/

## DEFENDANTS' NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned attorney will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN, at the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on December 21, 2017 at 6:30 p.m. the following matter:

1. Defendants' Motion for Protective Order and for Confidentiality Order As and to Defendants' Financial Records and Documents and its orders with, and payments to, Defendants' suppliers and for an Award of Attorney's Fees and Costs

2. Defendants' Motion to Compel Better Answers and Production Documents before 12/28/17 and for an Award of Attorney's Fees and Costs regarding the following:

Interrogatories:

#4, #5, #6, # 8, #11, #12, #15, #16, #17, #18, #19, #20, #21, #25,

Failure to have Interrogatories notarized by a court-certified interpreter.

<u>RFP's</u>

#2, #4, #5, #6, #7, #8, #9, #15, #16, #17, #18, #19, #20, #21, #22, #23, #24, #26  and #27

and lack of Certificates of Service for RFA's, RFP's and Interrogatory responses.

3. Setting 12/28/17 for Plaintiff's deposition in defense counsel's office.

<u>Attachments:</u>

Plaintiff's Response to TORCHAV's RFP's
Plaintiff's Response to TORCHAV's Interrogatories
Composite of Email related to setting Plaintiff's Deposition
	plus Deposition Notices issued on 12/18/17
Composite of Email relating to requests for dates for a discovery hearing
	before Judge Goodman

                      Respectfully Submitted,

                      LANGBEIN & LANGBEIN, P.A.
                      Counsel for Defendants
                      8181 NW 154th Street, Suite 105
                      Miami Lakes, FL 33016
                      Tel: (305) 556-3663
                      Fax: (305) 556-3647
                      Email: <u>langbeinpa@bellsouth.net</u>

By: _/s/ Leslie W. Langbein_
     Leslie W. Langbein, Esq.
     Fla. Bar No. 305391

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was filed electronically (without attachments) on 12/19/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list as well as via cc on service to the Court:

By: /s/ Leslie W. Langbein  
Leslie W. Langbein  
Fla. Bar No. 305391

## SERVICE LIST

J. H. Zidell, Esq.  
Neil Tobak, Esq.  
J.H. ZIDELL, P.A.  
300 71st Street, Suite 605  
Miami Beach, FL 33141  
Tel: (305) 865-6766  
Fax: (305) 865-7167  
Attorneys for the Plaintiff