# RUSH

.Process Servers  
.Private Investigation Agency  

I N C.

P.O. BOX 693180  
MIAMI, FL. 33269  
305-571-7874

**DATE** 10/5/17

ROSA ALVEREZ

**To:** MR.J.ZIDELL ESQ

VS.

TORCHAV, INC

| Case Number | Served | Date Served | Amount |
|---|---|---|---|
| 17-23017 | TORCHAV, INC | 10/5/17 | $70.00 |
| ........ | JUAN CARLOS CHAVEZ | , , | $70.00 |

**INVOICE #** 559/560

**TOTAL DUE** $140.00

*Make all checks payable to RUSH. THANK YOU FOR YOUR BUSINESS!*

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
### Federally Certified Court Interpreter
365 N.E. 99thSt.
Miami Shores, Fl. 33138
Phone/Fax 305-757-4599 Cell Phone: 305-904-2575

December 30, 2017

J Zidell P.A.

**INVOICE: 4224**

| DATE OF SERVICE: | December 13, 2017 |
| --- | --- |
| CASE: | Cerrato vs. Juan Carlos Chavez, Torchav |
| DESCRIPTION: | Interpreting services during deposition |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
| --- | --- | --- |
| 5hrs. | $100.00 | $500.00 ✓ |

Thank you for your business.

# A & M INTERPRETING AND TRANSLATING SERVICES

Maria A. Marcillo
Federally Certified Court Interpreter
365 N.E. 99th St.
Miami Shores, Fl. 33138
Phone/Fax 305-757-4599 Cell Phone: 305-904-2575

December 30, 2017

J Zidell P.A.

**INVOICE: 4226**

DATE OF SERVICE:       December 19, 2017

CASE:                  Rosa Maria Cerrato vs. Torchav, Inc.

DESCRIPTION:           Interpreting services during deposition

TERMS:                 Net due upon receipt

| TIME  | RATE     | TOTAL     |
|-------|----------|-----------|
| 1 hr. | $100.00  | $100.00 ✓ |

Thank you for your business.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. /7- 036/7

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Kviz 7G. c/o
on *(date)* 11/15/17.

☐ I served the subpoena by delivering a copy to the named individual as follows:
Kviz & G c/o by sev
m. vim checea on *(date)* 11/8/17 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ d/—

My fees are $ 2c—  for travel and $ 2c  for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 11/27/17

_____
Server's signature

Fred Mell
Printed name and title

822 9th Miami, FL
Server's address

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-CV-23617 ALTONAGA/GOODMAN

ROSA MARIA CERRATO ALVAREZ and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
      Plaintiff, )
vs. )
)
TORCHAV, INC., d/b/a LUCERNA )
BAKERY, and JUAN CARLOS CHAVEZ, )
)
      Defendants. )
_____ )

11/21/2017
SERVED
9:30A
Miriam Chenca
SECRETARY

## SUBPOENA FOR DEPOSITION *DUCES TECUM*

TO:
30(b)(6) Corporate Representative of RUIS and CO., P.A., **to testify as a fact witness** regarding Plaintiff's overtime wage claims as set forth in the subject lawsuit and also to provide testimony regarding payroll, paystubs, hourly and salaried employees and/or independent contractors and/or laborers, overtime policies, and all taxes filed or that might be filed, (with the IRS and state of Florida), on behalf of TORCHAV, INC., d/b/a LUCERNA BAKERY, and JUAN CARLOS CHAVEZ, and any companies and/or limited liability corporations owned by TORCHAV, INC., d/b/a LUCERNA BAKERY, and JUAN CARLOS CHAVEZ, and any payments made to ROSA MARIA CERRATO ALVAREZ, and any of C TORCHAV, INC., d/b/a LUCERNA BAKERY, and JUAN CARLOS CHAVEZ, employees/independent contractors, etc., during the years 2015, 2016, and 2017.

<u>Ruiz and Co., P.A. 7950 NW 155 Street, Suite 205, Miami Lakes FL, 33016.</u>

**YOU ARE COMMANDED** to appear to the place, date, and time specified below for purposes of taking your deposition testimony in the above case.

| **PLACE** | **DATE** | **TIME** |
|---|---|---|
| J.H. Zidell, P.A. | DECEMBER 14 2017 | 10:00 a.m. |
| 300 Seventy-First Street, Suite 605 | | |
| City National Bank Building | | |
| Miami Beach, FL 33141 | | |
| PH: (305)865-6766 | | |

**Please advise no later than (72) hours prior to the depositions as to whether a translator is needed and indicate in what language same is needed in.**

1

**Depo Express, Inc:** EIN# 74-3180564

1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

# Invoice

| Date | Invoice # |
|---|---|
| 1/5/2018 | 2841 |

| Bill To |
|---|
| Law Offices of JH Zidell |
| Jay Zidell |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  | Net 30 | 1/5/2018 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 1 | appearance f... | Date 12-13-17   Time 10 to 3:00 | 300.00 | 300.00 |
| 1 | appearance 2 | 12-14-17  10 to 1:35 | 250.00 | 250.00 |
| 0 | exhibits |  | 0.35 | 0.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 0 | courier |  | 11.00 | 0.00 |
| 0 | certified copy | Deposition of | 3.00 | 0.00 |
|  |  | Thanks for your business. |  |  |

Alvarado V. Torchav

**Total** $550.00