UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23617-CIV-ALTONAGA/Goodman

**ROSA MARIA CERRATO ALVAREZ**,

      Plaintiff,
vs.

**TORCHAV, INC.** and **JUAN CARLOS CHAVEZ**,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Rosa Maria Cerrato Alvarez's Amended Motion for Approval of Defendants' Offer of Judgment [ECF No. 41], filed January 11, 2018. Local Rule 7.1(a)(3) of the United States District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

S.D. FLA. L.R. 7.1(a)(3) (alterations and emphasis added). The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* (alterations added). Counsel for Plaintiff has not certified she conferred or made reasonable efforts to confer with Defendants in accordance with Local Rule 7.1(a)(3). (*See generally* Mot.). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 41]** is **DENIED without prejudice**.

CASE NO. 17-23617-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record